# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Newport News Division

| | |
|---|---|
| Michael G. D. Rowe <br><br> *Plaintiff* <br><br> v. <br><br> Bank of America, N.A. <br> BAC Home Loans Servicing, LP <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 4:10cv92 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAC Home Loans Servicing, LP
C/o CT Corporation System
4701 Cox Road, Suite 301
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Henry W. McLaughlin
Law Office of Henry McLaughlin, P.C.
Eighth and Main Building, Suite 1375
707 East Main Street, Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
*CLERK OF COURT*

Date: 8/6/10

L. Woodcock    *Signature of Clerk or Deputy Clerk*

tion No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BAC Home Loans Servicing, LLP
was received by me on *(date)*   November 19, 2010 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Camilla McCall, Banking Manager  , who is
designated by law to accept service of process on behalf of *(name of organization)*   BAC Home Loans
301 S. Kings Drive, Charlotte, NC 28204   on *(date)*   11/19/10   ; or  @225pm

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:   11/19/10

*Server's signature*

Wendy L. Henrich, Process Server
*Printed name and title*

Charlotte, North Carolina
*Server's address*

Additional information regarding attempted service, etc:

Third Party Service
FOXMORE
1236 Mall Dr.
Richmond, VA 23236
804-370-6600